**Order entered December 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01186-CV

### CIBIL KURIAKOSE VADACKANETH, Appellant

### V.

### SEENA SEBASTIAN ASARIYATH A.K.A SEENA MATHEW, Appellee

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-02263**

## ORDER

Before the Court is appellant's December 4, 2019 motion to extend time to file his amended opening brief. We **GRANT** the motion and **ORDER** the amended opening brief be filed no later than January 3, 2020.

/s/    BILL WHITEHILL
       JUSTICE